# In the United States Court of Federal Claims

No. 24-1816 C and 24-1741 C

Filed: December 6, 2024

```
*************************************
TRAILBOSS ENTERPRISES, INC.         *
and MVM, INC.,                      *
        Consolidated Plaintiffs,    *
                                    *        JUDGMENT
    v.                              *
                                    *
UNITED STATES,                      *
        Defendant,                  *
                                    *
    and                             *
                                    *
ACUITY INTERNATIONAL, LLC           *
        Defendant-Intervenor.       *
*************************************
```

Pursuant to the court's Order, filed December 6, 2024, and the plaintiff's notices for voluntary dismissal, filed December 4, 2024, and December 5, 2024,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(a), that the case is dismissed without prejudice.

Lisa L. Reyes
Clerk of Court

By:   s/Ashley Reams
      Deputy Clerk